**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **KIMBERLY RIVERS-ROBERTS AND SCOTT ROBERTS**<br><br>       **Plaintiff,**<br>  **v.**<br><br>**HURRICANE MESSGAE, LLC, AND NETFLIX, INC**<br><br>       **Defendant.** | **Case No.**<br><br>**COMPLAINT FOR DAMAGES**<br><br>  1.  **Copyright Infringement Under 17 U.S.C. §§ 101, et seq.**<br>  2.  **Violation of Right of Publicity (Allen Touissant Legacy Act) Under L.A. R.S. 51:470.1, et seq.**<br>  3.  **Violation of Lanham Act Under 15 U.S.C. § 1125(a)**<br><br>**JURY TRIAL DEMANDED** |

Comes now, Plaintiffs, Kimberly Rivers-Roberts and Scott Roberts, by and through their counsel of record herein, against Defendants, and each of them, alleges as follow:

**INTRODUCTION**

1. This is a civil action for the unauthorized use of intellectual property and identity in violation of the U.S. Copyright Act, the Allen Touissant Legacy Act and Lanham Act brought by the Plaintiffs, Kimberly Rivers-Roberts and Scott Roberts, (hereinafter referred to as "Plaintiffs"), to recover compensatory and/or statutory, and injunctive damages as a result of the Defendants', Hurricane Message, LLC and Netflix, Inc, (hereinafter referred to as "Defendants"), unauthorized infringement and surreptitious  exploitation of the registered copyrighted work of Plaintiff, and unlawful use of Plaintiffs' name, voice, name, image, or likeness for commercial purposes.

**JURISDICTION AND VENUE**

2. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. 1331, 1332, 1338, 17 U.S.C. §§ 101, et seq and 15 U.S.C. § 1125(a) as this action is based upon federal law. Moreover, this Court has supplemental jurisdiction over the Plaintiffs' claims arising under state law pursuant to 13 U.S.C. 1367, because those claims are so related to the federal claims that they form part of the same case or controversy under Article III of the United States Constitution.

3. Venue is proper in this district pursuant to 28 U.S.C. 1391(b)(2) and 1400(a) as a substantial part of the events giving rise to this claim occurred in this district. Additionally, Defendants regularly conduct business in the State of Louisiana and substantial acts of infringement have occurred in this district. Defendants expect or should have reasonably expected their acts to have consequences in this district. Defendants have directed their activities and marketing of television series to Louisiana residents and Louisiana residents were able to purchase and stream infringing television series by way of mechanisms controlled or authorized by the Defendants.

**PARTIES**

4. Plaintiff, Kimberly Rivers-Roberts, is a person of the full age and majority and is domiciled in the Parish of Orleans, State of Louisiana.

5. Plaintiff, Scott Roberts, is a person of the full age and majority and is domiciled in the Parish of Orleans, State of Louisiana.

6. Upon information and belief, Defendant Hurricane Message, LLC is an active limited liability company organized and existing pursuant to the laws of the State of Louisiana. Plaintiff is informed and believes, and thereupon alleges, that Defendant does

substantial, continuous and systematic business in the State of Louisiana and in this judicial district.

7. Defendant Netflix is an active corporation organized and existing pursuant to the laws of the State of Louisiana. Plaintiff is informed and believes, and thereupon alleges, that Defendant does substantial, continuous and systematic business in the State of Louisiana and in this judicial district.

**FACTS**

8. At all times relevant hereto, Plaintiff has been and still is the holder of the exclusive rights under the Copyright Act of 1976 (17 U.S.C. §§ 101 et. seq., and all amendments thereto) (the "Copyright Act") to reproduce, distribute, display, or license the reproduction, distribution, and/or display of her audiovisual multimedia work, "Kimberly Rivers-Roberts Hurricane Katrina Home Footage," which is the subject of this action (referred to herein as the "Footage") throughout the United States.

9. On August 29, 2005, Hurricane Katrina made landfall in Buras-Triumph, Louisiana as a category 3 storm with sustained winds of 125 mph.

10. Hurricane Katrina produced catastrophic damage to the Gulf Coast region, particularly New Orleans, LA.

11. In New Orleans, Hurricane Katrina's storm surges caused several of the metropolitan area's flood levees, or flood protection structures, to breach, thereby flooding nearly 80% of the city.

12. Approximately 1,836 fatalities and an estimated $125 Billion in damage were reported due to Hurricane Katrina.

13. During Hurricane Katrina's onslaught, Plaintiffs, Kimberly Rivers-Roberts and Scott Roberts, were residents of the ninth (9th) Ward neighborhood of New Orleans.

14. To document the historic hurricane and their personal experience, Plaintiff Kimberly Roberts, began videorecording the effects of Hurricane Katrina.

15. Plaintiff Kimberly Roberts not only recorded Hurricane Katrina's destruction of New Orleans in real-time, but also her, and her family's, personal experience of fleeing the city for safety.

16. Through the Plaintiff Kimberly Roberts's artistic expression, the Footage captured the processes and tribulations she and her family endured to survive and withstand the destruction of Hurricane Katrina, which included, but is not limited to, swimming through 10-foot water to avoid drowning in her own home, losing personal and valuable belongings, finding viable transportation to get to a shelter, finding a shelter nearly 100 miles away from New Orleans, sleeping in shelters and hotels, not having viable employment, obtaining funds to provide subsistence, clothing and shelter, and rebuilding her life physically and mentally after losing everything.

17. The Footage is wholly original and is registered with the U.S. Copyright Office.

18. The Plaintiff Kimberly Rivers-Roberts is owner of the copyright registered for "The Footage," and is the author of the video recordings for the subject work. Plaintiff Kimberly Rivers-Roberts is the listed copyright claimant on the aforesaid registration. The U.S. Copyright Office has not denied the Plaintiff Kimberly Rivers-Roberts's application for "The Footage'' and have issued a registration certificate bearing Registration Number VAU001222338.

19. The Footage has been widely popular, and Plaintiff Kimberly Rivers-Roberts has been contacted by several filmmakers and production companies about the use of the Footage in several documentaries and films about the effects of Hurricane Katrina. Specifically, the Plaintiff has licensed the use of the footage in the documentary "Trouble the Water," which was nominated for an academy award for Best Documentary Feature in 2008 and an Emmy for best informational program in 2010. It also won the Grand Jury Prize Documentary at the 2008 Sundance Film Festival.

20. In 2016, Plaintiff Kimberly Rivers-Roberts used the Footage to create the documentary film, "Fear No Gumbo," where she serves as director. The film focuses on telling the survival story of New Orleans during and after Hurricane Katrina from the perspective of a New Orleanian. "Fear No Gumbo" is wholly original and is registered with the U.S. Copyright Office, bearing registration number PA0002277014.

21. In or around 2024, representatives from Defendant Hurricane Message contacted Plaintiff Kimberly Rivers-Roberts about the use of the Footage for a documentary on Hurricane Kartina they were producing with Defendant Netflix entitled, "Katrina: Come Hell and High Water" (hereinafter, the "Infringing Work.")

22. The parties entered an "vendor's research" agreement whereby Defendant Hurricane would pay $1,000 to Plaintiff for Plaintiff to digitize the Footage so that Defendant Hurricane Message can view it and determine if the Footage were to be used in the infringing work. The parties agreed that if Defendant Hurricane Message decided to use the work, then a separate licensing agreement would be formed for not only the use of the Footage but also the name, image and likeness of the Plaintiffs and their family in the infringing work.

23. Moreover, the parties agreed that upon completion of the viewing of the Footage, Defendant Hurricane Message would return the Footage to Plaintiff.

24. Per the vendor's research agreement, the Defendants sent representatives to the residence of the Plaintiffs in New Orleans, LA to retrieve the footage and transfer the footage to Defendant Hurricane Message. Subsequently, Defendant Hurricane Message acknowledged receipt of the Footage.

25. The parties never entered into a separate licensing agreement for the use of the Footage or the name, image and likeness of the Plaintiffs in the infringing work. Nor did Plaintiffs authorize Defendants the use of the Footage in any documentaries, television series, motion pictures, feature films or the like.

26. Yet, on August 27, 2025, Defendant Netflix released and distributed the infringing work, "Katrina: Come Hell and High Water" on its media streaming platforms worldwide. Defendants used unauthorized portions of the Footage in the infringing television series.

27. The Plaintiffs did not authorize the defendants' reproduction, distribution, use, or creation of an unauthorized derivative work of the "Footage."

28. Defendants do not have any rights to reproduce, distribute, publicly perform, or create derivative works of "Footage" in the infringing television series, "Katrina: Come Hell and High Water."

29. At all times relevant to this action, Defendants have misappropriated many of the recognizable, key and whole protected elements of the Plaintiff's work into their infringing television series, "Katrina: Come Hell and High Water." The infringing work captured whole portions of the Footage and inserted it in the infringing series, particularly

episodes one and two. Specifically, the Footage can be found at the following minute marks

of episodes one and two of the infringing work:

| Thumbnail | EP# | Source: "The Footage" in | Source: "The Footage" out | Source: Infringing Work in | Source: Infringing Work out |
|---|---|---|---|---|---|
| | 1 | 01:22:24:23 | 01:22:35:10 | 00:00:00:00 | 00:00:10:11 |
| AUDIO ONLY: "This is the footage of the hood." | 1 | 01:19:17:17 | 01:19:21:14 | 00:00:00:04 | 00:00:04:01 |
| AUDIO ONLY: "People getting ready for the hurricane" | 1 | 01:25:13:14 | 01:25:18:22 | 00:00:04:20 | 00:00:10:04 |
| | 1 | 01:25:48:04 | 01:26:00:18 | 00:00:10:04 | 00:00:22:18 |
| | 1 | 01:17:07:23 | 01:17:11:10 | 00:00:22:18 | 00:00:26:05 |
| AUDIO ONLY: "Kimmie Rivers you know it's me. putting it down for the '05 documentary." | 1 | 01:00:12:00 | 01:00:16:19 | 00:00:23:16 | 00:00:28:11 |
| | 1 | 01:10:57:22 | 01:11:00:15 | 00:00:32:06 | 00:00:34:23 |

| | | | | | |
|---|---|---|---|---|---|
| AUDIO ONLY: "Me and my husband trying to get our stuff together." | 1 | 01:00:19:07 | 01:00:22:01 | 00:00:33:23 | 00:00:36:17 |
| | 1 | 01:17:31:13 | 01:17:42:23 | 00:00:34:23 | 00:00:46:02 |
| | 1 | 01:19:22:12 | 01:19:32:16 | 00:00:46:00 | 00:00:56:04 |
| | 1 | 01:19:17:07 | 01:19:19:11 | 00:00:46:02 | 00:00:48:06 |
| | 1 | 01:36:22:20 | 01:36:25:18 | 00:00:53:09 | 00:00:56:07 |
| AUDIO ONLY: "Then we gonna see how we look afterwards. Huh?" | 1 | 01:19:37:09 | 01:19:41:00 | 00:00:56:03 | 00:00:59:18 |
| | 1 | 01:20:04:22 | 01:20:09:16 | 00:00:56:07 | 00:01:01:01 |
| | 1 | 01:58:34:08 | 01:58:54:23 | 00:00:59:18 | 00:01:20:09 |
| AUDIO ONLY: "Lord help me." | 1 | 01:58:54:23 | 01:58:56:08 | 00:01:23:18 | 00:01:25:03 |
| AUDIO ONLY: "help me to make it through." | 1 | 01:59:01:03 | 01:59:05:19 | 00:01:25:03 | 00:01:29:19 |
| AUDIO ONLY: Faint voices | 1 | 01:59:38:09 | 01:59:39:20 | 00:01:29:19 | 00:01:31:06 |

| | | | | | |
|---|---|---|---|---|---|
| | 1 | 00:05:39:05 | 00:05:40:18 | 00:02:47:15 | 00:02:49:04 |
| | 1 | 01:06:28:06 | 01:06:37:03 | 00:16:28:23 | 00:16:37:05 |
| | 1 | 01:18:37:09 | 01:19:11:02 | 00:16:34:10 | 00:17:08:03 |
| AUDIO ONLY: "The reason I'm not leaving is because I can't afford it" | 1 | 01:32:43:11 | 01:32:49:04 | 00:17:06:06 | 00:17:11:23 |
| | 1 | 01:23:03:20 | 01:23:16:01 | 00:17:12:00 | 00:17:24:05 |
| | 1 | 01:23:16:04 | 01:23:22:21 | 00:17:24:05 | 00:17:30:22 |
| | 1 | 01:23:46:09 | 01:23:48:11 | 00:17:30:22 | 00:17:33:00 |
| | 1 | 01:53:39:23 | 01:53:43:17 | 00:18:11:21 | 00:18:15:15 |

| | | | | | |
|---|---|---|---|---|---|
| | 1 | 01:46:30:06 | 01:46:33:08 | 00:18:15:06 | 00:18:18:08 |
| | 1 | 01:45:05:08 | 01:45:08:02 | 00:18:18:08 | 00:18:21:02 |
| | 1 | 01:18:03:20 | 01:18:09:22 | 00:32:19:12 | 00:32:25:14 |
| AUDIO ONLY: "Here come the mother fucking police. You know they always got to have the fucking police" | 1 | 01:35:54:18 | 01:35:58:21 | 00:32:25:13 | 00:32:29:16 |
| | 1 | 01:36:01:01 | 01:36:05:03 | 00:32:25:14 | 00:32:29:16 |
| AUDIO ONLY: "They're going in the store to get their snacks and chips too" | 1 | 01:36:10:23 | 01:36:14:04 | 00:32:29:16 | 00:32:32:21 |
| | 1 | 01:36:17:05 | 01:36:22:10 | 00:32:29:16 | 00:32:34:21 |
| | 1 | 01:21:18:01 | 01:21:24:16 | 00:32:32:21 | 00:32:39:12 |

| | | | | | |
|---|---|---|---|---|---|
| | 1 | 01:32:23:03 | 01:32:31:22 | 00:32:39:12 | 00:32:48:07 |
| | 1 | 01:32:33:14 | 01:32:38:07 | 00:32:48:07 | 00:32:53:00 |
| | 1 | 01:26:13:08 | 01:26:25:02 | 00:32:53:00 | 00:33:04:18 |
| | 1 | 01:50:29:02 | 01:50:32:03 | 00:36:40:01 | 00:36:43:02 |
| | 1 | 01:50:50:21 | 01:51:02:04 | 00:36:40:23 | 00:36:52:06 |
| | 1 | 00:01:18:05 | 00:01:27:01 | 00:36:52:06 | 00:37:01:02 |
| | 1 | 02:32:46:19 | 02:32:50:01 | 00:40:11:15 | 00:40:14:21 |
| AUDIO ONLY: Woo Lord." | 1 | 02:32:53:07 | 02:32:54:22 | 00:40:11:15 | 00:40:13:06 |
| AUDIO ONLY: "You all alright over there?" | 1 | 02:32:00:00 | 02:32:01:12 | 00:40:13:06 | 00:40:14:18 |

| | | | | | |
|---|---|---|---|---|---|
| | 1 | 02:17:52:21 | 02:17:54:12 | 00:40:33:09 | 00:40:35:00 |
| | 1 | 02:17:54:15 | 02:17:56:07 | 00:40:43:14 | 00:40:45:06 |
| | 1 | 02:17:49:22 | 02:17:52:21 | 00:40:45:06 | 00:40:48:05 |
| | 1 | 02:18:07:23 | 02:18:09:13 | 00:40:48:05 | 00:40:49:19 |
| | 1 | 02:32:28:11 | 02:32:34:20 | 00:45:34:06 | 00:45:40:15 |
| | 1 | 02:26:14:16 | 02:26:20:19 | 00:45:45:07 | 00:45:51:10 |
| | 1 | 02:25:40:13 | 02:25:46:14 | 00:45:55:18 | 00:46:01:19 |
| | 1 | 02:45:34:19 | 02:45:41:14 | 00:46:11:20 | 00:46:18:10 |

| | | | | | |
|---|---|---|---|---|---|
| AUDIO ONLY: "Water leaking through the baseboards" | 1 | 02:45:43:11 | 02:45:46:17 | 00:46:17:06 | 00:46:20:12 |
| | 1 | 02:37:08:08 | 02:37:11:08 | 00:46:18:10 | 00:46:21:10 |
| | 1 | 02:28:06:17 | 02:28:08:13 | 00:46:21:10 | 00:46:23:06 |
| | 1 | 02:38:34:12 | 02:38:39:13 | 00:46:25:18 | 00:46:30:18 |
| | 1 | 02:50:06:12 | 02:50:09:00 | 00:46:30:18 | 00:46:33:06 |
| AUDIO ONLY: "I see a grill, I see somebody's living room shit, I see somebody's big screen TV" | 1 | 02:41:50:06 | 02:42:02:22 | 00:46:33:19 | 00:46:46:11 |
| | 1 | 02:41:48:07 | 02:41:57:15 | 00:46:45:03 | 00:46:54:11 |
| AUDIO ONLY: "Our next step is our roof, cuz we can't go nowhere, man" | 1 | 02:33:10:21 | 02:33:14:12 | 00:46:46:07 | 00:46:49:22 |
| AUDIO ONLY: Alarm beeping | 1 | 02:43:26:03 | 02:43:29:08 | 00:46:49:22 | 00:46:53:03 |
| | 1 | 02:43:33:05 | 02:43:45:03 | 00:46:53:03 | 00:47:05:01 |

| | | | | | |
|---|---|---|---|---|---|
| AUDIO ONLY: "Anything is better than drowning" | 1 | 02:35:27:04 | 02:35:29:21 | 00:47:05:00 | 00:47:07:17 |
| | 1 | 02:43:55:23 | 02:44:00:19 | 00:47:05:01 | 00:47:09:21 |
| | 1 | 03:07:28:06 | 03:07:46:08 | 00:47:30:03 | 00:47:48:05 |
| | 1 | 03:07:47:00 | 03:07:56:17 | 00:47:45:12 | 00:47:55:05 |
| | 1 | 03:08:30:04 | 03:08:35:08 | 00:47:55:05 | 00:48:00:09 |
| | 1 | 02:54:15:04 | 02:54:19:16 | 00:48:06:11 | 00:48:10:02 |
| | 1 | 02:54:31:12 | 02:54:32:11 | 00:48:09:23 | 00:48:10:22 |
| | 1 | 02:58:30:00 | 02:58:31:13 | 00:48:10:22 | 00:48:12:11 |
| AUDIO ONLY: Sound of kicking wood | 1 | 02:54:14:08 | 02:54:15:07 | 00:48:12:01 | 00:48:13:00 |

| | | | | | |
|---|---|---|---|---|---|
| | 1 | 03:01:12:00 | 03:01:18:04 | 00:48:12:11 | 00:48:18:15 |
| | 1 | 03:01:30:20 | 03:01:38:07 | 00:48:24:14 | 00:48:32:01 |
| | 1 | 02:58:22:14 | 02:58:24:14 | 00:48:37:20 | 00:48:39:20 |
| | 1 | 03:02:03:02 | 03:02:06:02 | 00:48:54:06 | 00:48:57:06 |
| | 1 | 03:09:38:15 | 03:09:41:00 | 00:48:58:23 | 00:49:01:08 |
| | 1 | 03:01:52:15 | 03:01:53:14 | 00:49:01:08 | 00:49:02:07 |
| | 1 | 03:10:58:14 | 03:11:02:07 | 00:49:10:10 | 00:49:14:03 |
| | 1 | 03:10:40:07 | 03:10:46:17 | 00:49:17:09 | 00:49:23:19 |

| | | | | | |
|---|---|---|---|---|---|
| | 1 | 03:02:45:19 | 03:02:48:19 | 00:50:04:19 | 00:50:07:19 |
| | 1 | 03:02:57:09 | 03:03:03:04 | 00:50:07:19 | 00:50:13:14 |

| Thumbnail | EP# | Source: "The Footage" in | Source: "The Footage" out | Source: Infringing Work in | Source: Infringing Work out |
|---|---|---|---|---|---|
| AUDIO: Crowd noise; Camera panning up and down along flooded streets | 2 | 03:14:13:10 | 03:14:19:14 | 00:04:19:14 | 00:04:25:18 |
| AUDIO ONLY: White noise; "Katrina, she's a bad chick" | 2 | 03:12:12:01 | 03:12:16:09 | 00:04:20:03 | 00:04:24:11 |
| AUDIO ONLY: "Look at my hood" | 2 | 03:14:21:08 | 03:14:22:17 | 00:04:23:10 | 00:04:24:19 |
| AUDIO ONLY: "That's my house over there with the blanket" | 2 | 03:11:45:00 | 03:11:47:12 | 00:04:25:07 | 00:04:27:19 |

| | | | | | |
|---|---|---|---|---|---|
| | 2 | 03:11:54:04 | 03:11:55:12 | 00:04:25:18 | 00:04:27:02 |
| <br>AUDIO: "That was in the attic. I'm across the street now" | 2 | 03:11:51:02 | 03:11:54:07 | 00:04:27:02 | 00:04:30:18 |
| AUDIO ONLY: Faint voices and background sound | 2 | 03:13:36:19 | 03:13:41:07 | 00:04:27:05 | 00:04:31:17 |
| <br>AUDIO: "We're going back out there, to get some more people to bring them up | 2 | 03:12:32:19 | 03:12:38:21 | 00:04:36:06 | 00:00:06:02 |
| <br>AUDIO: "We're all in this house together, we're all trying to salvage what we can get. Trying to make ourselves comfortable until rescue people come." | 2 | 00:28:17:24 | 00:28:28:20 | 00:13:11:17 | 00:13:20:01 |

| | 2 | 00:33:01:14 | 00:33:03:29 | 00:13:19:10 | 00:13:21:22 |
|---|---|---|---|---|---|
| AUDIO ONLY: "Hopefully" | 2 | 00:28:29:26 | 00:28:31:18 | 00:13:20:01 | 00:13:21:18 |
| | 2 | 01:21:39:07 | 01:21:41:22 | 00:35:10:18 | 00:35:13:09 |
| | 2 | 02:05:56:09 | 02:06:02:03 | 00:35:18:06 | 00:35:24:00 |
| | 2 | 01:18:21:18 | 01:18:25:03 | 00:35:32:11 | 00:35:35:20 |
| AUDIO: "Ladies and gentlemen" | 2 | 04:28:09:02 | 04:28:13:18 | 00:53:59:15 | 00:54:04:07 |
| AUDIO ONLY: "My brother" | 2 | 04:28:27:15 | 04:28:29:07 | 00:54:03:12 | 00:54:05:04 |

| | | | | | |
|---|---|---|---|---|---|
| <br>AUDIO: "Just walked up to us right up in here, just reunited himself with us, and I just thank god for that. Come on man somebody go ahead and hit us with it yeah her and me yeah nigga you fuckin right look!"<br>"How's it feel to be with your brother right now?"<br>"It's my brother"<br>"How's it feel to be with him?" | 2 | 04:28:35:23 | 04:28:54:18 | 00:54:04:07 | 00:54:23:02 |
| | 2 | 04:36:41:21 | 04:36:44:00 | 00:54:20:09 | 00:54:22:12 |
| <br>AUDIO: faint sound and voices | 2 | 04:36:44:16 | 04:36:48:10 | 00:54:20:21 | 00:54:24:15 |

30. The use of the Footage not only shows the image and likeness of Plaintiffs but also a voiceover from Plaintiff Kimberly Rivers-Roberts.

31. Defendants, without authority, have willfully copied many protected elements of the Plaintiff's copyrights and further infringed upon those copyrights by acts of reproduction, distribution, publish, display, and unauthorized creation of derivative works.

32. Plaintiff has never authorized any of the Defendants, by license or otherwise, to copy, reproduce, distribute, or display any of the copyrighted material from the Footage, nor to prepare derivative works based on the Footage.

33. Defendants infringed Plaintiff's exclusive rights in the Footage by copying, reproducing, duplicating, distributing, and displaying it and/or derivative works derived therefrom without Plaintiff's permission.

34. Each infringing copy, duplication, sale, license, or display of the Footage, as well as the threat of continuing the same, constitutes a separate claim against Defendants under the Copyright Act. Plaintiff has sustained, and will continue to sustain, substantial damage to the value of her copyrights in that the previously described activities of Defendants have diminished and will continue to diminish the revenues that Plaintiff would otherwise receive. In addition, Defendants have realized unlawful and unjust profits from their unauthorized and illegal copying, duplication, distribution, and display of copies of the Footage.

35. Defendants continue to infringe the copyrights for the Footage, and unless temporarily, preliminarily and permanently enjoined by Order of this Court, will continue to infringe said copyrights, all to Plaintiff's irreparable injury. As a result of Defendants' acts of infringement, Plaintiff is without an adequate remedy at law in that damages are difficult to ascertain and, unless injunctive relief is granted as prayed for herein, Plaintiff will be required to pursue a multiplicity of actions.

36. As a direct result of the conduct of Defendants, Plaintiffs have suffered and continues to suffer damages in an amount to be determined. Plaintiffs were unable to realize profit from their work preparing the video, as attention for their work was overshadowed

by the unauthorized copying of Defendants and use of their overwhelming corporate presence to take away from Plaintiffs' own efforts.

37. Defendants have committed all the aforesaid acts deliberately, willfully, maliciously and oppressively, without regard to Plaintiffs' proprietary rights.

38. Plaintiffs have a property right that includes the promotion of their image, likeness and public persona. Moreover, as a result of the success of the Footage, Plaintiffs' name, image, and likeness (collectively, "Identity") have acquired significant commercial value and secondary meaning.

39. Plaintiffs have the exclusive right to control the commercial exploitation of their Identity.

40. Defendant's unauthorized use of Plaintiff's Identity falsely implies that Plaintiff endorses, sponsors, or is affiliated with Defendant's products. Defendant's use of Plaintiff's Identity was willful, malicious, and done for the purpose of trading on Plaintiff's goodwill and commercial value to increase Defendant's sales and profits.

41. As a direct result of Defendant's unauthorized actions, Plaintiff has suffered and will continue to suffer commercial injury, including damage to their brand, as well as mental anguish.

### FIRST CLAIM FOR RELIEF

(Copyright infringement of "Footage") into the television series, ""Katrina: Come Hell and High Water" against all defendants)

42. Plaintiffs repeat and re-allege all previous paragraphs of this Complaint as if fully set forth herein.

43. Plaintiff is the owner of the copyright in the work "Kimberly Rivers-Roberts Hurricane Katrina Home Footage," and was registered with the U.S. Copyright Office and bears Registration no. VAU001222338. Moreover, "Fear No Gumbo" is wholly original and is registered with the U.S. Copyright Office, bearing registration number PA0002277014.

44. Upon information and belief, and without authorization or permission from the plaintiff, in direct violation of Plaintiff's rights, Defendants, have directly infringed the copyrights in Kimberly Rivers-Roberts Hurricane Katrina Home Footage," by among other things: a) preparing unauthorized derivatives of Kimberly Rivers-Roberts Hurricane Katrina Home Footage," in the form of "Katrina: Come Hell and High Water;" b) reproducing copyrighted elements of the Plaintiff's  Kimberly Rivers-Roberts Hurricane Katrina Home Footage," c) distributing copies of "Katrina: Come Hell and High Water," which contains copyrighted elements of Plaintiff's  Kimberly Rivers-Roberts Hurricane Katrina Home Footage," and d) publishing, displaying, selling and licensing copies of "Katrina: Come Hell and High Water," which contains copyrighted elements of Plaintiff's Kimberly Rivers-Roberts Hurricane Katrina Home Footage." Defendants never paid Plaintiff, nor secured the authorization for the use of Kimberly Rivers-Roberts Hurricane Katrina Home Footage" in "Katrina: Come Hell and High Water."

45. At all times relevant to this action, Defendants have misappropriated many of the recognizable, key and whole protected elements of the Plaintiff's work into their infringing television series, "Katrina: Come Hell and High Water." The infringing work captured whole portions of the Footage and inserted it in the infringing series, particularly episodes one and two.

46. The use of the Footage not only shows the image and likeness of Plaintiffs but also voiceovers from Plaintiff Kimberly Rivers-Roberts and audio from Plaintiff Scott Roberts.

47.  As a direct and proximate result of the Defendants' infringement, Plaintiffs are entitled to its actual damages in addition to Defendants' profits that are attributable to the copyrighted material; moreover, plaintiffs are entitled to other compensatory, statutory and punitive damages in an amount to be proven at trial.

48. Defendants' conduct was willful with full knowledge of and complete disregard for Plaintiffs' rights. Therefore, the Plaintiffs are entitled to statutory damages.

49. As a direct and proximate result of Defendants' infringement, Plaintiffs have incurred attorneys' fees and costs, in amount according to proof, which are recoverable under 17 U.S.C. 504.

### SECOND CLAIM OF RELIEF

### (Violation of the Lanham Act (False Endorsement, 15 U.S.C. § 1125(a))

50. Plaintiffs reallege and incorporates by reference the preceding paragraphs as if fully set forth herein.

51. By using Plaintiffs' Identity in connection with its commercial advertising, Defendant has used in commerce a word, term, name, or symbol likely to cause confusion, or to deceive consumers as to the affiliation, connection, or association of Defendant with Plaintiff as an endorser.

52. Defendant's false designation of origin and false representations are likely to mislead the public into believing that Plaintiff endorses Defendant's products.

53. Defendant's conduct has caused and will continue to cause irreparable harm to Plaintiff.

## THIRD CLAIM OF RELIEF

### (Violation of the Allen Toussaint Legacy Act, L.A. R.S. 51:470.1, et seq)

54. Plaintiffs reallege and incorporate by reference the preceding paragraphs as if fully set forth herein.

55. Defendant knowingly used Plaintiffs' name, voice, name, image, or likeness on or in products, merchandise, or goods, or for purposes of acquiring profits through subscribers for Defendant Netflix's media streaming service, without Plaintiff's prior consent.

57. Defendants' use of Plaintiffs' Identity was directly connected to commercial purposes.

58. Pursuant to L.A. R.S. 51:470.1, et seq, Plaintiffs are entitled to actual damages, Defendants' profits obtained from the unauthorized use, and statutory penalties.

WHEREFORE, Plaintiffs pray for judgment as set forth hereinafter.

a) A declaration that Defendants have infringed Plaintiff's copyrights;

b) A declaration that Defendants have violated Lanham Act Under 15 U.S.C. § 1125(a);

c) A declaration that Defendants have violated L.A. R.S. 51:470.1, et seq;

d) An injunction, pursuant to 17 U.S.C. § 502, permanently enjoining Defendants and their agents, servants, employees, and all persons acting in concert or participation with them from further infringement of Plaintiff's copyrights;

e) Actual damages suffered by Plaintiff as a result of Defendants' infringement, or, at Plaintiff's election, statutory damages pursuant to 17 U.S.C. § 504(c);

f) Disgorgement of Defendants' profits attributable to the infringement, pursuant to 17 U.S.C. § 504(b)

g) C. An award of statutory damages, if actual damages are not selected;

h) D. Plaintiff's reasonable attorneys' fees and costs, pursuant to 17 U.S.C. § 505;

i) For pre-judgment and post-judgment interest according to law, as applicable;

j) F. For an accounting in connection with Defendants' unauthorized use of the infringing works;

k) G. Any such other or further relief as the Court may deem just and proper;

l) H. For costs of suit incurred;

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury in the above matter.

Dated: June 11, 2026

**[SIGNATURE LINE ON NEXT PAGE]**

Respectfully submitted,

/s/DASHAWN HAYES_____
DaShawn Hayes (LA State Bar #34204)
The Hayes Law Firm, PLC
1100 Poydras St., Ste 1530
New Orleans, LA 70163
PH: 504-799-0374
FAX: 504-799-0375
dphayesesquire@gmail.com
Attorneys for Plaintiffs
Kimberley Rivers-Roberts and Scott Roberts

**WAIVER OF SERVICE REQUESTED**